FILED
MAR - 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAID
RECEIPT #
MAR - 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCELLA RICHMAN, individually and as Special Administrator of the Estate of Jack B. Richman, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | 98 C 7350 |
| v. | ) ) ) | Honorable Judge Joan B. Gottschall |
| MICHAEL SHEAHAN, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that BRIAN BURGESON, JOHN DORNER, BRIAN FOSTER, MAURY GANTMAN, RAYMOND GREVE, KELLY JACKSON, RICHARD KIM, LAURA LOKEN (n/k/a) LAURA CLARK, MOIRA WEYRICH (n/k/a) MOIRA LOWRY, JOSE MENDEZ, TIMOTHY McPHILLIPS, EDWARD PICKELL, EDWARD PLUCINSKI, MAURICE SMITH, JEFFREY SULKIN, GEORGE VELISARIS, MIKE WISCH, and MICHELLE ZIMMERMAN, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order denying summary judgment based on the assertion of the defense of qualified immunity, entered in this action on February 2, 2007.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: /S/Donald J. Pechous
One of the Attorneys for
Defendants
#6201774

Donald J. Pechous
John F. Curran
Patrick T. Driscoll, Jr.
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
312-603-5440

2

FILED
LAL
MAR - 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCELLA RICHMAN, individually and as Special Administrator of the Estate of Jack B. Richman, deceased, ) ) ) ) Plaintiffs, ) ) v. ) ) MICHAEL SHEAHAN, et al., ) ) Defendants. ) | 98 C 7350 Honorable Judge Joan B. Gottschall |

## NOTICE OF FILING

TO:  Jerome E. Boyle, Esq.
Alvin W. Block & Associates
33 North LaSalle Street, 30th Floor
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on, March 2, 2007, I filed with the Clerk of the United States District Court, Chicago, Illinois, the attached Defendants' Notice of Appeal.

Respectfully Submitted,

/S/ Donald J. Pechous
Donald J. Pechous
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3378
#6201774

## CERTIFICATE OF SERVICE

I, Donald J. Pechous, Assistant State's Attorney, certify that I served this notice via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois.

/S/ Donald J. Pechous
Donald J. Pechous